AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

Mark Melton, #267078

        Petitioner

vs.

Colie Rushton, Warden;
Henry D. McMaster, Attorney General,

        Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:06-1894-CMC-RSC

**Decision on the Record.**  This action came before the court on the record, Honorable Cameron McGowan Currie, U.S. District Judge, presiding. The issues have been reviewed and a decision rendered. The Court having adopted the Report and Recommendations of Magistrate Judge Robert S. Carr,

**IT IS ORDERED AND ADJUDGED** that this Petition is dismissed with prejudice as untimely, and without requiring Respondents to file a return. Petitioner shall take nothing on his Petition filed pursuant to Title 28: U.S.C. 2254.

        LARRY W. PROPES, Clerk

        By s/Susan K. Sanders
            Deputy Clerk

October 23, 2006